IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CHARLES WHITE                                                         PLAINTIFF

VS.                                                         CIVIL ACTION NO.: 4:11cv7-SA-JMV

NTC TRANSPORTATION, INC., ET AL.                                      DEFENDANTS

## SCHEDULING ORDER

This matter is before the court following a status conference held on December 21, 2012. The parties cannot agree on a joint discovery plan and the defendants have filed a motion for discovery (#72). In light of the conference with party counsel, the defendant shall have until January 4, 2013 to amend the pending discovery motion to address the specific areas of concern raised by the court. These concerns include, the location of depositions if outside a 100 mile radius of deponent's residence; time constraints on depositions; scheduling of proposed discovery in light of the existing trial date; number of interrogatories, request for production and requests for admission; third party discovery; cost of discovery versus amount in controversy; E-discovery issues. The response will then be due in the normal course.

This, the 27th day of December 2012.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE