IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

WEBSTER COUNTY, MISSISSIPPI BRANCH
OF THE NAACP and CHERRAYE OATS,
on behalf of themselves and all the others similarly situated					PLAINTIFF

VS.					CIVIL ACTION NO.: 3:11cv27-MPM-JMV

WEBSTER COUNTY, MISSISSIPPI BOARD OF
SUPERVISORS; WEBSTER COUNTY, MISSISSIPPI
DEMOCRATIC PARTY EXECUTIVE COMMITTEE;
WEBSTER COUNTY, MISSISSIPPI REPUBLICAN
PARTY EXECUTIVE COMMITTEE; WEBSTER COUNTY,
MISSISSIPPI BOARD OF ELECTION COMMISSIONERS;
and DEBORAH HOOD NEAL,
 in her official capacity as Circuit Clerk					DEFENDANTS

and

JIM HOOD, ATTORNEY GENERAL FOR THE STATE OF
MISSISSIPPI, *EX REL.* THE STATE OF MISSISSIPPI					INTERVENOR

## ORDER

This matter is before the court on the motion of the plaintiffs for leave to conduct discovery on the limited issue of mootness (#63) and the amended motion for discovery (#67). The court finds the motion for discovery to be well taken.

The Fifth Circuit, in *Hancock County Board of Supervisors vs. Ruhr*, 5th Cir. No. 60446, directed that such factual development is necessary.  Accordingly,  discovery on the mootness issue shall be permitted.

The parties shall have until April 18, 2013 to complete all mootness related discovery. Plaintiffs shall have until February 30, 2013 to designate mootness related experts, if any, and defendants until March 30, 2013 to designate any mootness related experts. Defendants shall have ten days after completion of discover on mootness to supplement the pending motion to dismiss as moot, and plaintiffs shall have seven days thereafter to supplement their response to

the original and/or supplemented motion to dismiss. The parties are limited to three depositions each, excluding experts (if any), and twenty interrogatories and twenty requests to production and twenty requests to admit.

IT IS, THEREFORE, ORDERED that the plaintiffs' motion to conduct mootness related discovery (#63), supplemented by motion (#67), is hereby GRANTED as detailed in this order.

This, the 23rd day of January 2013.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE